IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MAXIE RAY DAVIS, JR.,**

    Petitioner,

vs.                                           No. 07-CV-1009 MV/ACT

**CHRISTOPHER BARELA,**

    Respondent.

## ORDER

**THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition of the United States Magistrate Judge. [Doc. No. 14]. Plaintiff did not file any objections.

**IT IS THEREFORE ORDERED** that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus filed October 3, 2007, is dismissed with prejudice.

_____
**MARTHA VAZQUEZ**
**CHIEF UNITED STATES DISTRICT JUDGE**